# EXHIBIT "A"



# EXHIBIT "B"

Copyright United States Copyright Office

The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002240148
Search Results: Displaying 1 of 1 entries

previous next

Labeled View

*Hung Vanngo 2017.*

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002240148 / 2021-01-26 |
| Application Title: | Hung Vanngo 2017 |
| Title: | Hung Vanngo 2017. [Group registration of published photographs. 50 photographs. 2017-01-08 to 2017-12-01] |
| Description: | 50 photographs : Electronic file (eService) |
| Copyright Claimant: | Hung Vanngo. Address: 133 Mulberry Street 4A, New York NY 10013, United States. |
| Date of Creation: | 2017 |
| Publication Date Range: | 2017-01-08 to 2017-12-01 |
| Nation of First Publication: | United States |
| Authorship on Application: | Hung Vanngo; Domicile: United States; Citizenship: Canada. Authorship: photographs. |
| Rights and Permissions: | Lauren Kelly, LK Creative Consulting, 305 east 24th st 20G, New York, NY 10010, United States, (617) 894-5082, lk@lkcreativeconsulting.com |
| Copyright Note: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| Photographs: | Published in January 2017 (4 photographs): EmilyRata_1817_4, EmilyRata_1817_1, |

EmilyRata_1817_2, EmilyRata_1817_3

Published in October 2017 (7 photographs): Kaia_10117_1, EmilyRata_10217_2, EmilyRata_10217_3, EmilyRata_10217_1, JulianneMoore_101917_1, AmyAdams_101917_1, EmilyRata_102617_1

Published in November 2017 (1 photographs): KaiaGerber_111417_1

Published in December 2017 (1 photographs): StellaMaxwell_12117_1

Published in February 2017 (4 photographs): EmilyRata_2717_1, SelenaGomez_2817_1, Deepika_22517_1, EmilyRata_22617_1

Published in March 2017 (8 photographs): JenniferLopez_3117_1, JenniferLopez_3217_2, JenniferLopez_3217_1, SelenaGomez_31517_1, SelenaGomez_33117_1, Karlie_Kloss_31617_1, SelenaGomez__32117_2, SelenaGomez__32117_1

Published in April 2017 (3 photographs): RosieHW_4817_1, KatyPerry_42117_1, KatyPerry_42117_2

Published in May 2017 (8 photographs): EmilyRata_5117_1, Gisele_5317_1, Gisele_5317_2, EmilyRata_5517_2, EmilyRata_5517_1, HaileyBaldwin_51717_1, MariaB_51917_1, DoveCameron_52017_1

Published in June 2017 (5 photographs): Deepika_6217_1, SelenaGomez_6317_1, SelenaGomez_6617_1, JuliaStegner_6817_1, SelenaGomez_61517_1

Published in July 2017 (2 photographs): Kendall_7417_1, KarlieKloss_71317_1

Published in August 2017 (1 photographs): ElsaHosk_81417_1

Published in September 2017 (6 photographs): SelenaGomez_91317_1, SelenaGomez_91217_1, HaileyBaldwin_91417_1, GigiHadid_91617_1, EmilyRata_92517_1, CindyCrawford_92817_1

Names: Vanngo, Hung

previous next

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "C"


Chrome File Edit View History Bookmarks Profiles Tab Window Help
Fri Aug 29 6:43 AM
2023 Cat Eye Fashion Wome
ashoreshops.com/products/2023the-new-cat-eye-fashion-women-anti-blue-light-optical-prescription-glasses-frames-computer-eyeglasses?_pos=1&_sid=13fcae633&...
Work
Relaunch to update
Search
ASHORE SHOP
Account
Cart
New and Themes
Womens
Mens
Custom Tailored
Accessories
Sale
Ashore Corp
ANTI BLUE LIGHT OPTICAL PRESCRIPTION GLASSES FRAMES COMPUTER EYEGLASSES
$52.79 USD ~~$139.69 USD~~
ADD TO WISHLIST
Frame Color
C1old-black
C2Silver-red
C3Rose-pink
C4Silver-purple
C5Black-yellow
C6Blue-Purple
Quantity
1
ADD TO CART
Pay with PayPal
More payment options
Description
Size
Chat


Chrome File Edit View History Bookmarks Profiles Tab Window Help
2023 Cat Eye Fashion Wome
ashoreshops.com/products/2023the-new-cat-eye-fashion-women-anti-blue-light-optical-prescription-glasses-frames-computer-eyeglasses?_pos=11&_sid=13fcae633&...
Search
ASHORE SHOP
New and Themes
Womens
Mens
Custom Tailored
Accessories
Sale
Ashore Corp
ANTI BLUE LIGHT OPTICAL PRESCRIPTION GLASSES FRAMES COMPUTER EYEGLASSES
$52.79 USD $139.69 USD
ADD TO WISHLIST
Frame Color
C1old-black
C2Silver-red
C3Rose-pink
C4Silver-purple
C5Black-yellow
C6Blue-Purple
Quantity
1
ADD TO CART
Pay with PayPal
More payment options
Description
Size

# EXHIBIT “D”


2023 Cat Eye Fashion Women A
ashoreshops.com/products/2023the-new-cat-eye-fashion-women-anti-blue-light-optical-prescription-glasses-frames-computer-eyeglasses?_pos=1&_...
Custom Suits — Personalized Suits Powered by AI. SUIT U UP Designed to Impress!
ASHORE SHOP
New and Themes
Womens
Mens
Custom Tailored
Kids & Family
Season Hot Looks
Accessories
Sale
BACK TO HOME
2023 CAT EYE FASHION W
ANTI BLUE LIGHT OPTICAL
PRESCRIPTION GLASSES F
COMPUTER EYEGLASSES
$52.79 USD $139.69 USD
Frame Color
C1old-black
C2Silver-red
C3Rose-pink
C5Black-yellow
C6Blue-Purple
Quantity
ADD TO CART
TRY IT ON
Pay with PayPal
More payment options
ADD TO WISHLIST
Description
Notifications
No new notifications
Tuesday, August 4
August 2026
30 mins
Focus


2023 Cat Eye Fashion Women A
ashoreshops.com/products/2023the-new-cat-eye-fashion-women-anti-blue-light-optical-prescription-glasses-frames-computer-eyeglasses?_pos=1&_...
PACER: Login
TEAM DAILY REPORT
CRM
H&A Sharepoint - O...
Copyright - Home
Employee Navigato...
Forms
Lexis
Rippling
FL Bar
NetNet
Custom Suits -- Personalized Suits Powered by AI. SUIT U UP Designed to Impress!
Search
ASHORE SHOP
Account
Cart
New and Themes
Womens
Mens
Custom Tailored
Kids & Family
Season Hot Looks
Accessories
Sale
BACK TO HOME
Home > 2023 Cat Eye Fashion Women Anti Blue Light Optical Prescription Glasses Frames Computer Eyeglasses
2023 CAT EYE FASHION W
ANTI BLUE LIGHT OPTICAL
PRESCRIPTION GLASSES F
COMPUTER EYEGLASSES
$52.79 USD $139.69 USD
Frame Color
C1old-black
C2Silver-red
C3Rose-pink
C5Black-yellow
C6Blue-Purple
Quantity
ADD TO CART
TRY IT ON
Pay with PayPal
More payment options
ADD TO WISHLIST
Description
Notifications
No new notifications
Tuesday, August 4
August 2026
Su Mo Tu We Th Fr Sa
30 mins
Focus