Shuo Gao

Sole Owner Ashore Corp.

Email: admin@ashoreshop.com

Date: 9/28/2026

Case: # 7:26-cv-06856

Request for Extension of Time to Respond:

Dear Judge Halpern:

My name is Shuo Gao and my company name is ASHORE Corp.

I am a one-person micro-business with zero income, facing a lawsuit by Higbee & Associates. I was away, received no email or electronic notice from the Secretary of State, have not yet physically received the mailed packet, and missed the initial response deadline. I sent emails to Higbee & Associates requesting photos and information and an extension for response, and have had no reply yet.

Please note email correspondence from Higbee & Associates was only received last week; their communication did not enclose any photos at issue or copyright registration number details. Prior to receiving that correspondence, I had not received any physical mail from Higbee, or any email notification concerning this case. As such, I personally searched Google with the case number to find one photo related to the claim and took it down immediately

I respectfully request that the Court grant me an extension of time to respond and to allow me additional time to complete and submit the required e-filing. I make this request in good faith and intend to respond to this matter as promptly as reasonably possible.

Sincerely,

Shuo Gao/Owner Ashore Corp

Attachments incl.: 1. Letter from Higbee & Associate on 9/21/2026

Attachments incl.: 2. Letter from Higbee & Associate on 9/25/2026

Attachments incl.: 3. Shuo Gao First Response Letter to Higbee & Associate on 9/26/2026

Attachments incl.: 4. Shuo Gao Second Response Letter to Higbee & Associate on 9/27/2026

Attachments incl.: 5. Ashore Shop Detail Listing is Down on 9/27/2026

Attachments incl.: 6. Google Search Result on 9/27/2026

From: Rosemary Sparrow <rsparrow@higbee.law>
Sent: Monday, September 21, 2026 2:59 PM
To: service@ashoreshop.com <service@ashoreshop.com>
Cc: Taryn Murray <tmurray@higbee.law>
Subject: 7:26-cv-06856 - Vanngo v. Ashore Corp. et al

Good Afternoon,

I am reaching out regarding a lawsuit that has been filed against Ashore Corp. Our records indicate that the New York Secretary of State was served on 8/31. Therefore, your response in this matter is due to be filed with the Court today. As of the time of this email, we have not heard from you, nor from any attorney claiming to represent you.

If a response is not filed today, we will be forced to begin the process of default, which will entail my client obtaining a judgment without your participation. To avoid this outcome, please ensure your response is filed today. Otherwise, you may reach out to me directly to discuss a resolution.

If you are currently represented, please disregard the contents of this email and provide your attorney with my contact information as listed below.

Sincerely,

Rosemary Sparrow
Associate Attorney Copyright Division
FL Bar No. 1044700

Email: rsparrow@higbee.law
Phone: (813) 710-3013
FAX: (714) 597-6559

3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032

Attachment #2

On 2026-09-25 14:39, Rosemary Sparrow wrote:

Good Afternoon,

We still have not heard from you in regard to the currently pending lawsuit. We will be moving forward with obtaining a default judgment in this matter. This will result in my client obtaining a judgment without your participation. To avoid this outcome, you may reach out to me directly to discuss a resolution.

If you are currently represented, please disregard the contents of this email and provide your attorney with my contact information as listed below.

Sincerely,

Rosemary Sparrow
Associate Attorney Copyright Division
FL Bar No. 1044700

Email: rsparrow@higbee.law
Phone: (813) 710-3013
FAX: (714) 597-6559

3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032

# Re: Request for Image/Product Listing and Brief Extension Request on Sept 25 -26 7:26-cv-06856 - Vanngo v. Ashore Corp. et al

Attachment #3

To Rosemary Sparrow on 2026-09-26 00:31

Details Headers

Dear Ms. Sparrow / Higbee & Associates,

I am writing in regard to the above-referenced matter. I recently learned of this lawsuit because I was away traveling, and the documents served through the New York Secretary of State were routed to a office where mail collection was delayed. Because of this, I am only now becoming aware of this matter and have not yet been able to review the official court complaint.

To help me understand what this is about, please provide a copy of the specific image and product listing page that is in question. This is a one-person, part-time drop shipping business utilizing AliExpress suppliers with very limited income. As soon as you provide the specific image, I will ensure it is taken down immediately,

Because I am just now seeing this upon returning, I am formally requesting a brief extension until Oct 2 to review the file and respond appropriately.

Thank you for your time and cooperation.

Sincerely,

Shuo Gao/Ashore Corp

Sept 25 -26

# Re: Request for Image/Product Listing and Brief Extension Request on Sept 25 -26 7:26-cv-06856 - Vanngo v. Ashore Corp. et al

Attachment #4

To Rosemary Sparrow on 2026-09-26 15:01

Details Headers

Sent again to make sure that you received this transmission.

Dear Ms. Sparrow / Higbee & Associates,

I am writing in regard to the above-referenced matter. I recently learned of this lawsuit because I was away, and the documents served through the New York Secretary of State were routed to an office where mail collection was delayed. Because of this, I am only now becoming aware of this matter and have not yet been able to review the official court complaint.

To help me understand what this is about, please provide a copy of the specific image and product listing page that is in question. This is a one-person, part-time drop shipping business utilizing AliExpress suppliers with virtually no income.  As soon as you provide the specific image, I will ensure it is taken down immediately,
Because I am just now seeing this upon returning, I am formally requesting a brief extension until Oct 2 to review the file and respond appropriately.

Thank you for your time and cooperation.

Sincerely,
Shuo Gao/ Ashore Corp

Attachment #5

2023 Cat Eye Fashion Women Anti Blue Light Optical Prescri... Draft Preview Share More actions

Title

2023 Cat Eye Fashion Women Anti Blue Light Optical Prescription Glasses Frames Computer E

Description

Paragraph B I U A

- **ASHORE VISION CENTER** 2023 CCSPACE Cat Eye Fashion Women Anti Blue Light Optical Prescription Glasses Frames Computer Eyeglasses
- Free Shipping: 7-15 Business Days
- Brand: CCSPACE
- Gender: WOMEN
- Lenses Material: Acrylic
- Lens Height: 41mm
- Model Number: 54264
- Lens Width: 54mm
- Frame Material: Alloy
- Certification: CE

Media




Category 6 suggestions

Eyeglasses in Vision Care

Determines tax rates and adds metafields to improve search, filters, and cross-channel sales

Status

Draft

Publishing

Online Store, Buy Button, Mobile App +2

All catalogs

Sales

No recent sales of this product

View details

Product organization

Type

womens eyeglass

Vendor

ASHORE SHOP

Collections

Ashore Vision Center

Best Selling Products What's New

Tags

womens glass frame

publishing date Jane 2021 glass22

CCspace Ali



Add to your search

Attachment #6



AliExpress

54264 The New Cat Eye Fashion Women Anti Blue Light Optical ...

5.0 ★ (4)



Mercado Libre

Armazón Hipster Oftálmico Vintage Ojo Gato Graduar...

4.9 ★ (39)



Shopee Argentina

La Nueva Moda De Ojos Degato Mujeres Receta Óptica Antiluz ...

4.9 ★ (31)




DHgate

Sunglasses Frames 54264 Cat Eye Blue Light Blocking... From ...

5.0 ★ (6,420)




AliExpress

Transparent Computer Glasses Frame Women Anti Blue Light ...




DHgate

Square Cat Eye Ultralight PC Glasses Frames for Men with ...




Progressive Eyewear & Sun...

Pursuit #3038-1 Purple Cat Eye Exquisite Metal Eyeglasses ...

In stock





Type here to search