SHUO GAO
ASHORE CORP / admin@ashoreshop.com
2005 PALMER AVENUE, #1036, LARCHMONT, NY 10538

October 12th, 2026

The Honorable **Philip Halpern**
300 Quarropas Street, White Plains, NY 10601

**Re: Hung Vanngo v. Ashore Corp.**
**Case No. 7:26-CV-06856**

Dear Judge Halpern:

**REQUEST FOR DISMISSAL OF PLAINTIFF'S COPYRIGHT INFRINGEMENT CASE OR APPROPRIATE RELIEF**

I respectfully submit this letter on behalf of myself and Ashore Corp, a small, one-person online retail business operating on a drop-shipping model. I am the operator of this business, which has generated no operating income for multiple years, and the particular eyeglass product involved in this case generated no sales or revenue. I am unemployed and receive Medicaid benefits. I respectfully ask the Court to consider the factual circumstances described below, which I believe distinguish this case from one involving the knowing or intentional copying of a photographer's original work.

**1. The Image Identified in the Plaintiff's Complaint Differs from the Image Provided by the Third-Party Suppliers, and the Defendant's Use Was Unintentional.**

The central issue is the distinction between Plaintiff's Exhibit A and the image that Defendant actually received and displayed. Plaintiff's Exhibit A is described as an original photograph of a model without eyeglasses. Defendant maintains that it never received, saw, possessed, or displayed that clean original photograph. Instead, Defendant received a different, supplier modified image depicting the model wearing eyeglasses (Defense Exhibit 1), through third-party supplier and fulfillment feeds associated with AliExpress, and fulfillment/import platforms, including DSers and Importify (Defense Exhibit 17, showing the product and images SKU and Barcode source from the third-party suppliers). As reflected in the defense materials and cited exhibits, the image already depicted the eyeglasses before it reached the Defendant; Defendant did not create the photograph or add the eyeglasses. The supplier-modified image was also widely distributed across online marketplaces and retail websites (Defense Exhibits 2-8) without any copyright watermarks. Defendant relied on the product images supplied through the third-

party suppliers and had no knowledge that the image might allegedly have been derived from a copyrighted original. Defendant respectfully requests that the Court examine the actual images and the evidence of their respective sources before determining whether Plaintiff has established that Defendant used the particular copyrighted work alleged in the Complaint.

**2. Good Faith, Lack of notice, Wrong Copyright Number, Prompt Removal, and Absence of Commercial Benefit**

Defendant did not receive a pre-lawsuit demand letter with photos, copyright registration number notice, physical mail or takedown request from Plaintiff or Plaintiff's counsel, according to Defendant's records. Defendant maintained a publicly available notice-and-takedown policy inviting reports of potentially protected material. After learning of the claim through the court proceedings and identifying the image at issue, Defendant removed it. Defendant did not advertise or promote the image through social media or other marketing services, and the associated eyeglass product generated zero sales and zero revenue (Exhibit 9 Defendant Platform Eyeglass Sales Report 2023 to Present 2026). The business itself has had no operating income for multiple years (Accountant Records Provided as Requested). These circumstances, supported by the defense materials and the referenced exhibits, are offered to demonstrate Defendant's good faith and lack of willful conduct and to contest the damages and other relief sought.

Defendant also respectfully requests clarification of the copyright registration and photograph identifiers cited in the case documents. Defendant's research identifies a discrepancy between the registration/photo identifier in the summons materials and the different photo identifier stated in the Plaintiff counsel's September 30, 2026 email. Defendant asks that the applicable registration records and the precise photograph asserted to be covered by the registration be verified.

Specifically, Plaintiff’s Exhibit B-Copyright Notice, in the summons materials identifies the photograph as va0002240148-rosiehw_4817_1(Defense Exhibit 16), while conflictingly, Plaintiff’s counsel’s September 30, 2026 email (Defense Exhibit 15) identifies it as rosiehw_92818_1. The Defendant requests clarification and verification of the correct copyright registration number, the applicable registration records, and the specific copyrighted photograph alleged to be covered by the registration.

The Plaintiff failed to follow Defendant Terms of Use (Defense Exhibit 10, 11) which are The Defendant Website copyright procedures, and the parent platform’s copyright reporting procedures, which request that copyright complaints be submitted in good faith to admin@ashoreshop.com with the relevant identification of the copyrighted work, the allegedly infringing material, and reasonable proof of ownership or authorization. Upon receiving a properly documented claim, the Defendant would promptly investigate the matter, and take appropriate action, including removing or disabling access to the material.

As part of the platform that follows the Digital Millennium Copyright Act (DMCA), the Defendant adheres to applicable notice-and-counter-notice procedures for alleged copyright infringement (Defense Exhibit 12) which is the parent Host Platform copyright policy to all member webstores and their visitors. The Plaintiff did not follow these established procedures before filing the complaint.

**3. Request for Fair Consideration and Resolution**

Defendant respects the rights of photographers and other copyright holders and has no desire to use protected material without authorization. The image was obtained through a third-party product feed, was not knowingly copied from Plaintiff's original photograph, and was removed promptly after Defendant identified the subject of the claim. Defendant respectfully submits that the absence of sales or revenue, the lack of prior notice, the difference between the two images, and the prompt removal warrant careful consideration. Defendant further requests that the Court consider the limited circumstances of this one-person business and the absence of any demonstrated commercial benefit attributable to the image when evaluating Plaintiff's claims and requested relief.

**REQUEST FOR RELIEF**

For these reasons, Defendant respectfully requests that the Court dismiss the Plaintiff's copyright infringement claims or consider appropriate relief to the extent permitted by the pleadings and applicable law, including if Plaintiff cannot establish that Defendant used the specific copyrighted photograph identified in the Complaint. Defendant further requests that the Court reject any unsupported allegation of willful infringement, deny or appropriately limit any damages, attorneys' fees, and costs not supported by applicable law and evidence, and deny injunctive relief to the extent no continuing infringement or other legal basis for such relief is established. Defendant also requests such other and further relief as the Court deems just and proper.

Thank you for your time and consideration.

Respectfully yours,

Shuo Gao

SHUO GAO
ASHORE CORP
2005 PALMER AVENUE, #1036, LARCHMONT, NY 10538
ADMIN@ASHORESHOP.COM

See Attachments: (Defense Exhibits 13,14, not included)

**Plaintiff Exhibit A** Clean Model Photo, no eyeglasses.

**Defense Exhibit 1** The supplier-modified photograph showing the model wearing eyeglasses no watermark.

**Defense Exhibit 2** the image's sources on Aliexpress websites product page.

**Defense Exhibit 3** the image's sources on DHgate websites product page

**Defense Exhibit 4** the image's sources on Mercado websites

**Defense Exhibit 5** the image's sources on Shopee websites product page

**Defense Exhibit 6** Google image Search Result 1

**Defense Exhibit 7** Google image Search Result 2

**Defense Exhibit 8** Google nonimage Search Result

**Defense Exhibit 9** Defendant Platform Eyeglass Sales Report 2023 to Present 2026

**Defense Exhibit 10** The Defendant Website copyright procedures

**Defense Exhibit 11** The Defendant Website copyright procedures Page 2

**Defense Exhibit 12** Parent Host Platform copyright policy to all stores and their visitors

**Defense Exhibit 15** Higbee 's Recent 9-30 -2026 Email with Copyright Registration Number

**Defense Exhibit 16** Copyright Notice in Plaintiff Summon Page 5 of 12

**Defense Exhibit 17** Product and images SKU and Barcode show the source from the third-party suppliers

# Plaintiff Exhibit A

**Copyright Registration Number**

**"RosieHW_92818_1"** **(Plaintiff's Sept 30, 26 Eamil to Defendent)**



# Defense Exhibit 1

**The supplier-modified photograph showing the model wearing eyeglasses no watermark.**



# Defense Exhibit 2

## the image's sources on Aliexpress websites product page



# Defense Exhibit 3

## the image's sources on DHgate websites product page



# Defense Exhibit 4

**the image's sources on Mercado websites product page**



# Defense Exhibit 5

**the image's sources on**
**Shopee websites product page**



# Defense Exhibit 6

## Google Image Search Result 1



# Defense Exhibit 7

## Google Image Search Result 2



# Defense Exhibit 8

## Google Non-Image Search Result

AliExpress
https://www.aliexpress.com › item

### 54264 The New Cat Eye Fashion Women Anti Blue Light ...



**Stylish cat-eye design for modern women** The 54264 eyeglass frames feature a trendy cat-eye shape, combining fashion and elegance perfect for contemporary women ... Read more

**$12.53** · In stock · 5.0 ★★★★★ (4) · 15-day returns

ELKLOOK Eyewear
https://www.elklook.com › ngin-rectangle-purple-metal

### Ngin Cat Eye Eyeglasses - ELKLOOK Eyewear



**Ngin metal cat eye prescription eyeglasses** combine sharp vision with retro flair. Durable, sleek frames for women who value clarity and bold fashion.

4.6 ★ store rating (53) · $4 to $20 · Free delivery over $69 · 30-day returns

DHgate
https://www.dhgate.com › ... › Sunglasses Frames

### Sunglasses Frames 54264 Cat Eye Blue Light Blocking... ...



Anti Blue Light Protection: These cat eye optical frames block harmful blue light from screens, reducing eye strain during extended computer or smartphone ... Read more

**$8.25** · 5.0 ★★★★★ (6,420)

Westfair Communications
https://westfaironline.com › courts › attachment › scree...

### Screen Shot 2026-08-18 at 3.39.26 PM



Aug 18, 2026 — ... © 2024 Westfair Business Publications. All rights reserved. Westfair Communications (Westfair), a privately held publishing firm based ... Read more

Muukal
https://www.muukal.com › frame › goods › gid › cat-ey...

### Pursuit #3038-1 Purple Cat Eye Exquisite Metal



# Defense Exhibit 9

## Defendant Parent Platform
## Eyeglass Sales Report 2023 to Present 2026

The Eyeglass Sales Report for the Ashore Shop: January 1, 2023–October 5, 2026

| Month | Orders | Gross sal | Discounts | Sales reve | Net sales | Shipping | Duties | Additional | Taxes | Total sale | Month (p | Orders (p | Gross sal | Discounts | Sales reve | Net sales | Shipping | Duties (pr | Additional | Taxes (pr | Total sale | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2023 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/1/2023 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7/1/2023 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11/1/2019 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/1/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1/1/2024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5/1/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/1/2024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7/1/2020 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7/1/2024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 2/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 3/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 4/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 6/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 8/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 9/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1/1/2026 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 5/1/2026 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7/1/2022 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 7/1/2026 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ##### | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Jan 1, 2023-Oct 5, 2026 The Ey

# Defense Exhibit 10

## The Defendant Website
## Terms and Condition of Use

ASHORE SHOP™

and Themes | Womens | Mens | Custom Tailored | Kids & Family | Season Hot Looks | Accessories

BACK TO HOME

# TERMS AND CONDITIONS

TERMS AND CONDITIONS/TERMS OF SERVICE

—

OVERVIEW

This website and all Ashore Shop social media accounts are operated by Ashore Corp. Throughout the site and social media accounts, the terms "we", "us" and "our" refer to Ashore Corp. Ashore Corp. offers this website, including all information, tools and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

By visiting our site and/ or purchasing something from us, you engage in our "Service" and agree to be bound by the following terms and conditions ("Terms of Service", "Terms"), including those additional terms and conditions and policies referenced herein and/or available by hyperlink. These Terms of Service apply to all users of the site and social media platforms, including without limitation users who are browsers, vendors, customers, merchants, and/ or contributors of content.

Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be bound by these Terms of Service. If you do not agree to all the terms and conditions of this agreement, then you may not access the website or use any services. If these Terms of Service are considered an offer, acceptance is expressly limited to these Terms of Service.

Any new features or tools which are added to the current store shall also be subject to the Terms of Service. You can review the most current version of the Terms of Service at any time on this page. We reserve the right to update, change or replace any part of these Terms of Service by posting updates and/or changes to our website. It is your responsibility to check this page periodically for changes. Your continued use of or access to the website following the posting of any changes constitutes acceptance of those changes.

Our store is hosted on Shopify Inc. They provide us with the online e-commerce platform that allows us to sell our products and services to you.

# Defense Exhibit 11
## The Defendant Website
## Copyright Procedure

ASHORE SHOP™

New and Themes | Womens | Mens | Custom Tailored | Kids & Family | Season Hot Looks | Accessories | S

BACK TO HOME

## TERMS AND CONDITIONS

TERMS AND CONDITIONS/TERMS OF SERVICE

SECTION 8 - THIRD-PARTY LINKS AND IMAGE/VIDEO ASSETS

Certain content, products, and services available through our Service may include materials provided by third parties, including our suppliers and business partners.

Third-party links on this site may direct you to websites that are not affiliated with Ashore Corp. We are not responsible for the content, accuracy, policies, or practices of third-party websites or services. Any concerns regarding third-party products or services should be directed to the applicable third party.

Some images and videos displayed on our website and social media platforms are created by Ashore Shop using our own photography and video production facilities and professional models. Other images and videos may be provided to us by our suppliers, brands, or business partners for use in connection with their products.

SECTION 8A - COPYRIGHT INFRINGEMENT NOTICE

Ashore Shop features products from our own brands, including Ashore, as well as products carefully selected from multiple third-party brands and suppliers. We make reasonable efforts to ensure that the content displayed on our website and social media platforms is properly authorized for use.

If you believe that any image, video, or other material on our website or social media platforms infringes your copyright, please contact us first in good faith regarding at admin@ashoreshop.com and provide a description of the copyrighted work, copyright registration number (if applicable), a copy of or link to the original work, a copy of or link to the allegedly infringing material, and reasonable evidence of copyright ownership or authorization to act on behalf of the copyright owner.

Claims that do not contain sufficient supporting information or documentation may be considered incomplete and may not be processed until the necessary information is provided. Upon receiving a properly documented claim, we will promptly investigate the matter and, where appropriate and legally required, take appropriate action, including removing or disabling access to the material.

# Defense Exhibit 12

## Parent Host Platform Copyright Policy to All Stores and Their Visitors


- Reporting copyright infringement
- Responding to a DMCA copyright notice


## Shopify's copyright policy

Shopify complies with the Digital Millennium Copyright Act (DMCA) and responds to claims of copyright infringement using DMCA procedures, including the law's process of notice and counter notice for claimed copyright infringement:

- If Shopify receives what it reasonably believes to be a complete and valid notice of alleged copyright infringement regarding content on a store, then it will generally remove the reported content from its platform and will inform the affected merchant via their Shopify admin.
- Shopify will give the merchant an opportunity to send a counter notice explaining why they think the content was removed in error. If the counter notice is valid, then a merchant will generally be allowed to repost the content in 10 to 14 business days.
- In some instances, Shopify may decline to remove the reported content or, if it has been removed, allow the merchant to repost the content immediately.
- Shopify has a policy of terminating stores for repeat infringement in appropriate circumstances, such as where it has received several notices of alleged infringement that are not countered by the store. When a store is terminated for repeat infringement, all shops that are owned or operated by the same repeat infringer are also subject to termination.
- Shopify retains discretion to disable stores for even a single instance of willful or egregious infringement.
- The submission of false or bad faith notices of claimed infringement or counter notices is punishable by law. Those harmed by such notices, including Shopify itself, may sue for damages and attorneys' fees.

## Reporting copyright infringement

Ask about this article

# Defense Exhibit 15

## Higbee's Recent 9-30 -2026 Email with Copyright Registration Number

### Re: Request for the image copyright registration number Sept 29 -26 7:26-cv-06856 - Vanngo v. Ashore Corp. et al

From Rosemary Sparrow on 2026-09-30 16:08

Details Headers Plain text

9.29 Order.pdf (~84 KB) Reg Cert.pdf (~187 KB)

Good Afternoon,

Please see the attached registration certificate, as requested. The photograph is listed as "RosieHW_92818_1."

Additionally, please see the attached court order, which was issued yesterday. The court has ordered you to retain counsel. Please provide them with my contact information when the time comes.

Sincerely,

**Rosemary Sparrow**
Associate Attorney
Copyright Division

FL Bar No. 1044700

Higbee & Associates

**Email:** rsparrow@higbee.law

**Phone:** (813) 710-3013

**FAX:** (714) 597-6559

3110 W Cheyenne Ave Ste 200,

North Las Vegas, NV 89032

# Defense Exhibit 16

## Copyright Notice in Plaintiff Summon Page 5 of 12





EmilyRata_1817_2, EmilyRata_1817_3

Published in October 2017 (7 photographs): Kaia_10117_1, EmilyRata_10217_2, EmilyRata_10217_3, EmilyRata_10217_1, JulianneMoore_101917_1, AmyAdams_101917_1, EmilyRata_102617_1

Published in November 2017 (1 photographs): KaiaGerber_111417_1

Published in December 2017 (1 photographs): StellaMaxwell_12117_1

Published in February 2017 (4 photographs): EmilyRata_2717_1, SelenaGomez_2817_1, Deepika_22517_1, EmilyRata_22617_1

Published in March 2017 (8 photographs): JenniferLopez_3117_1, JenniferLopez_3217_2, JenniferLopez_3217_1, SelenaGomez_31517_1, SelenaGomez_33117_1, Karlie_Kloss_31617_1, SelenaGomez__32117_2, SelenaGomez__32117_1

Published in April 2017 (3 photographs): RosieHW_4817_1, KatyPerry_42117_1, KatyPerry_42117_2

Published in May 2017 (8 photographs): EmilyRata_5117_1, Gisele_5317_1, Gisele_5317_2, EmilyRata_5517_2, EmilyRata_5517_1, HaileyBaldwin_51717_1, MariaB_51917_1, DoveCameron_52017_1

Published in June 2017 (5 photographs): Deepika_6217_1, SelenaGomez_6317_1, SelenaGomez_6617_1, JuliaStegner_6817_1, SelenaGomez_61517_1

Published in July 2017 (2 photographs): Kendall_7417_1, KarlieKloss_71317_1

Published in August 2017 (1 photographs): ElsaHosk_81417_1

Published in September 2017 (6 photographs): SelenaGomez_91317_1, SelenaGomez_91217_1, HaileyBaldwin_91417_1, GigiHadid_91617_1, EmilyRata_92517_1, CindyCrawford_92817_1

Names: Vanngo, Hung

previous next

Save, Print and Email (Help Page)

Select Download Format Full Record Format for Print/Save

Enter your email address: Email

Help Search History Titles Start Over

# Defense Exhibit 17

## Product and Images SKU and Barcode Shows the Source from The Third-party Suppliers

