UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUNG VANNGO,

Plaintiff,

-against-

ASHORE CORP., et al.,

Defendants.

**ORDER**

26-CV-06856 (PMH)

PHILIP M. HALPERN, United States District Judge:

Hung Vanngo ("Plaintiff") commenced this action against Ashore Corp. and Does 1 through 10 ("Defendants") on August 11, 2026. (Doc. 1). Defendant Ashore Corp.'s purported owner, Shuo Gao, filed a Pro Se Consent to Receive Electronic Service (Doc. 14) on behalf of Defendant Ashore Corp. on October 15, 2026. However, as the Court previously stated, it is axiomatic that a corporation, which is an artificial entity, may only appear in federal court through a licensed attorney; a corporation may not appear *pro se*. *See* 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *Jones v. Niagara Frontier Transp. Authority*, 722 F.2d 20, 22-23 (2d Cir. 1983); (*see also* Docs. 11, 15).

Because Defendant Ashore Corp. cannot proceed *pro se*, the Court respectfully directs the Clerk of Court to strike Doc. 14 from the docket but retain the summary docket text for the record.

Plaintiff is directed to serve a copy of this Order on Defendant Ashore Corp.

**SO ORDERED.**

Dated: October 19, 2026
White Plains, New York

HON. PHILIP M. HALPERN
United States District Judge